| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Limbaugh, Jr., Stephen N. | 2. Court or Organization Eastern District of Missouri | 3. Date of Report 05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address Rush Hudson Limbaugh Sr. U. S. Courthouse 555 Independence St., Suite 4000 Cape Girardeau, MO 63703 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Judge | Supreme Court of Missouri |
| 2. Trustee and first vice president | State Historical Society of Missouri |
| 3. Trustee | William Woods University |
| 4. Director | Rainbow Network, Springfield, MO |
| 5. Director | Great Rivers Council, Boy Scouts of America |
| 6. Director and first vice president | Friends of the Missouri State Archives |
| 7. Director | Southeast Missouri Symphony Advisory Board |
| 8. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 19 P 2: 46 FINANCIAL DISCLOSURE OFFICE

Limbaugh Jr_Stephen_N

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | ⁃ 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | State of Missouri, salary through 07/31/08 | $83,752.89 |
| 2. 2008 | Missouri State Employees' Retirement System, pension after 08/01/08 | $29,085.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Wachovia Securities, salary and bonuses |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Montgomery Bank of Cape Girardeau, MO | line of credit loan | K |
| 2. American Express | cedit card | J |
| 3. CitiCards | credit card | J |
| 4. Wachovia Securities | promissory note | N |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  State of MO Def. Comp. Plan-SNL (see note 1., part VIII) | | | | | | | | | |
| 2.  -American Century Growth Fund | | None | | | Sold | 09/15 | L | | |
| 3.  -American Century Ultra Fund | | None | | | Sold | 09/15 | K | | |
| 4.  -Fidelity Contra Fund | A | Dividend | | | Sold | 09/15 | L | | |
| 5.  -SEI Index Fund | A | Dividend | | | Sold | 09/15 | L | | |
| 6.  -ING Stable Income Fund | D | Dividend | | | Sold | 09/15 | M | | |
| 7.  Wachovia Securities IRA - SNL | | | | | | | | | |
| 8.  -AGE Bank Deposit Prog. (money market) | A | Interest | | | | | | | |
| 9.  -U.S. Treasury Zero Coupon Bonds | A | Interest | J | T | | | | | |
| 10.  -Align Technology, Inc. | | None | | | Sold | 12/31 | J | | |
| 11.  -American Express Co. | A | Dividend | | | Sold | 12/31 | J | | |
| 12.  -Amgen, Inc. | | None | J | T | | | | | |
| 13.  -Canadian Natural Resources, Ltd. | A | Dividend | J | T | | | | | |
| 14.  -Clear Channel Communications | A | Dividend | | | Sold | 07/31 | J | | |
| 15.  -Walt Disney Co. | A | Dividend | J | T | | | | | |
| 16.  -State Street Corp. | A | Dividend | | | Sold | 12/31 | J | B | |
| 17.  -Suncor Energy, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Capital World Growth & Income Fund | A | Dividend | K | T | | | | | |
| 19. -Euro Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 20. -Investment co. of America | A | Dividend | L | T | Buy | 09/19 | L | | |
| 21. -Smallcap World Fund, Inc. | | None | K | T | Buy | 09/19 | K | | |
| 22. -Gilead Sciences, Inc.(see note 2., part VIII) | | None | J | T | | | | | |
| 23. -McDonald's Corp. | A | Dividend | J | T | Buy | 01/07 | J | | |
| 24. -Ishares Trust S&P 500 Index Fund | A | Dividend | L | T | | | | | |
| 25. | | | | | Buy | 09/19 | L | | |
| 26. | | | | | Buy (add'l) | 10/13 | K | | |
| 27. -Ishares Trust Emerging Markets Index Fund | A | Dividend | K | T | | | | | |
| 28. | | | | | Buy | 09/19 | K | | |
| 29. | | | | | Buy (add'l) | 10/13 | J | | |
| 30. -Ishares Trust Russell Midcap Index Fund | A | Dividend | K | T | | | | | |
| 31. | | | | | Buy | 09/19 | K | | |
| 32. | | | | | Buy (add'l) | 10/13 | J | | |
| 33. -Ishares Trust Russell 2000 Index Fund | A | Dividend | K | T | | | | | |
| 34. | | | | | Buy | 09/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/13 | K | | |
| 36. Wachovia Securities Brokerage Account- ●● | | | | | | | | | |
| 37. -AXP | A | Dividend | J | T | | | | | |
| 38. -AMP | A | Dividend | J | T | | | | | |
| 39. -AMGN | | None | J | T | | | | | |
| 40. -ESRX | | None | J | T | Buy | 10/08 | J | | |
| 41. -GE | A | Dividend | J | T | | | | | |
| 42. -JNJ | A | Dividend | J | T | Buy | 10/23 | J | | |
| 43. -MHS | | None | J | T | | | | | |
| 44. -MRK | A | Dividend | J | T | | | | | |
| 45. -PG | A | Dividend | J | T | Buy | 10/24 | J | | |
| 46. -WB (formerly AGE, now WFC) | C | Dividend | J | T | | | | | |
| 47. | | | | | Buy | 02/29 | L | | |
| 48. | | | | | Buy (add'l) | 03/01 | J | | |
| 49. | | | | | Sold (part) | 07/15 | K | | |
| 50. | | | | | Buy (add'l) | 09/30 | J | | |
| 51. -Wachovia Bank C.D. | A | Interest | | | Buy | 09/12 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Redeemed | 12/19 | L | | |
| 53.   -AGE Bank Dep. Prog. (now Wells Fargo) | A | Interest | L | T | | | | | |
| 54.   Bank of America Checking Account-███ | A | Interest | J | T | | | | | |
| 55.   Wachovia Securities IRA-███ | | | | | | | | | |
| 56.   -L.T. Growth Fund Source-Core Am. (see note 3., part VIII) | B | Dividend | L | T | | | | | |
| 57.   A.G. Edwards 401K/PSP-███ | | | | | | | | | |
| 58.   -American Funds-EuroPacific Growth Fund | D | Dividend | M | T | | | | | |
| 59.   -American Funds-Investment Co. America | D | Dividend | N | T | | | | | |
| 60.   -American Funds-Small Cap World Fund | A | Dividend | L | T | | | | | |
| 61.   -American Funds-Washington Mutual | B | Dividend | K | T | | | | | |
| 62.   -American Funds-Growth Fund America | B | Dividend | M | T | | | | | |
| 63.   -Centennial Money Market Fund (now Vanguard Prime Money Mkt) | B | Interest | O | T | | | | | |
| 64.   -American Funds-New World Fund | B | Dividend | L | T | | | | | |
| 65.   -Wachovia Stock (now WFC) | D | Dividend | K | T | | | | | |
| 66.   -U.S. Treasury Zero Coupon Bond | A | Interest | | | Redeemed | 04/28 | K | | |
| 67.   Met Life Group Variable Universal Life-MML | A | Interest | J | T | | | | | |
| 68.   Wachovia Savings Plan-███ | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -American Funds EuroPacific Growth | A | Dividend | J | T | | | | | |
| 70.   -Wachovia Stock non-ESOP | A | Dividend | J | T | | | | | |
| 71.   Excess Profit Sharing Deferred Comp. Plan-█████ | | | | | | | | | |
| 72.   -Stable Fund (see note 4., part VIII) | B | Dividend | M | T | | | | | |
| 73.   -Oppenheimer Centennial Money Mkt. Trust | A | Dividend | | | | | | | |
| 74.   Wachovia Sec. Voluntary Deferral Performance Award Plan-████ | | | | | | | | | |
| 75.   -AGE RSSO Award: 2008-Stable Fund | A | Dividend | K | T | | | | | |
| 76.   Wachovia Stock Options (now WFC)-████ | | None | J | T | | | | | |
| 77.   Restricted Wachovia Stock-████ | | None | | | Sold | 12/31 | J | D | |
| 78.   -Wachovia Common Stock (now WFC) | A | Dividend | J | T | | | | | |
| 79.   Wachovia Securities Brokerage Account-████ █████ SNL | | | | | | | | | |
| 80.   -American Funds EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 81. | | | | | Buy | 08/04 | J | | |
| 82. | | | | | Buy (add'l) | 09/03 | J | | |
| 83. | | | | | Buy (add'l) | 09/30 | J | | |
| 84. | | | | | Buy (add'l) | 10/14 | J | | |
| 85. | | | | | Buy (add'l) | 11/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 87. | | | | | Buy | 08/04 | J | | |
| 88. | | | | | Buy (add'l) | 09/03 | J | | |
| 89. | | | | | Buy (add'l) | 09/20 | J | | |
| 90. | | | | | Buy (add'l) | 10/14 | J | | |
| 91. -American Funds Investment Co. of America | A | Dividend | J | T | | | | | |
| 92. | | | | | Buy | 08/04 | J | | |
| 93. | | | | | Buy (add'l) | 09/03 | J | | |
| 94. | | | | | Buy (add'l) | 09/30 | J | | |
| 95. | | | | | Buy (add'l) | 10/14 | J | | |
| 96. -American Funds New World Fund | A | Dividend | J | T | | | | | |
| 97. | | | | | Buy | 08/04 | J | | |
| 98. | | | | | Buy (add'l) | 09/03 | J | | |
| 99. | | | | | Buy (add'l) | 09/30 | J | | |
| 100. | | | | | Buy (add'l) | 10/14 | J | | |
| 101. | | | | | Buy (add'l) | 11/03 | J | | |
| 102. -American Funds Small Cap World Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 08/04 | J | | |
| 104. | | | | | Buy (add'l) | 09/03 | J | | |
| 105. | | | | | Buy (add'l) | 09/30 | J | | |
| 106. | | | | | Buy (add'l) | 10/14 | J | | |
| 107. 1/7 Int. in River Bend Inv.-SNL▬ (see note 5.,part VIII) | None | | M | Q | | | | | |
| 108. Limbaugh Lands, Inc.-SNL▬ (see note 6., part VIII) | None | | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII - line 1-6:

In September I liquidated my Missouri State Deferred Compensation Plan 457 & 401A State Match, took a lump sum payment for the full proceeds, and rolled over the entire amount to my Wachovia Securities IRA.

2. Part VII - line 22:

This stock was inadvertently omitted from my nomination report.

3. Part VII - lines 55-56:

L. T. Growth Fund Source - Core American (formerly Professional Fund Advisor) is a managed money account and is the sole investment in the IRA. Although I listed every fund written in this account in the nomination report, it was unnecessary to do so because the account owner - ████ - does not control the selection of assets and only choses category of risk. See Filing Instructions for Judicial Officers and Employees, p. 43.

4. Part VII - line 72:

The Excess Profit Sharing Deferred Comp. Plan changed from Oppenheimer Centennial Money Market to Stable Fund of which ████ had no control.

5. Part VII - line 107

The sole asset of River Bend Investments L.L.C. is a rehabbed ██-unit neighborhood apartment building in Cape Girardeau, MO, last appraisal in 2007.

6. Part VII - line 108

We own a small part - ████████ Limbaugh Lands, Inc., the ████████████ homestead farm in Bollinger County, MO.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544